UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

MARIANO SCOTTO,

       Plaintiff,

  -v-                                                                No. 18 CV 04228-LTS

THE CITY OF NEW YORK; POLLY
TROTTENBERG, as Commissioner of the
New York City Department of Transportation;
ERICA CARAWAY, individually and in her
official capacity of Agency Advocate, New
York City Department of Transportation,

       Defendants.

--------------------------------------------------------x

ORDER

The Clerk of Court is respectfully directed to change the caption of this action to read as follows:

MARIANO SCOTTO,

       Plaintiff,

  -v-

THE CITY OF NEW YORK and ERICA CARAWAY,

       Defendants.

SO ORDERED.

Dated: New York, New York
       December 9, 2019

                                                                  /s/ Laura Taylor Swain
                                                                 LAURA TAYLOR SWAIN
                                                                 United States District Judge